**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ALGETERNAL TECHNOLOGIES, LLC, MILTON HUGHES MORRIS, AND KATON MORRIS | § § § § | |
| v. | § § | |
| DAVID RAMJOHN, BRUCE DOPSLAUF, BK COOK FAMILY, LP, BRIAN COOK, ARTHUR DAY, M.D., W.A. SANFORD, 5X5, SBS HOLDINGS, LP, HOCHBURG HOLDINGS, LP, DONALD MEINERS, ANNA KATHERINE SCHMIDT AND ROB EISSLER | § § § § § § § § § | CIVIL ACTION NO. 4:17-CV-02667 JURY DEMANDED |

**DEFENDANT ALGETERNAL'S MOTION FOR AWARD OF ATTORNEY'S FEES**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants David Ramjohn, et. al. ("Defendants") hereby file this Motion for Entry of Award of Attorneys' Fees and would show the Court as follows:

1. Pursuant to the Order signed on June 25, 2018 [Doc. 30], Defendants request that the Court enter an award of attorneys' fees and costs. Attached hereto as Exhibit A is the Affidavit of Chris Hanslik establishing that the reasonable and necessary attorneys' fees and costs incurred by Defendants from February 1, 2018 through June 30, 2018 are $33,083.40. Accordingly, Defendants request that the Court enter an award of attorneys' fees and costs in the amount as established by the attached affidavit.

## PRAYER

Based on the foregoing, Defendants David Ramjohn, et. al. respectfully request that the Court award attorneys' fees and costs in favor of Defendants in the amount of $33,083.40. Defendants also request such other and further relief to which he may justly be entitled.

Respectfully submitted,

**BOYARMILLER**

By: */s/ Chris Hanslik*
    Chris Hanslik
    State Bar No. 00793895
    Federal ID No. 19249
    chanslik@boyarmiller.com
    2925 Richmond Ave, 14th Floor
    Houston, Texas 77098
    Telephone: (713) 850-7766
    Facsimile: (713) 552-1758

**ATTORNEY-IN-CHARGE FOR DEFENDANTS DAVID RAMJOHN, et al.**

OF COUNSEL:

Andrew Pearce
State Bar No. 24060400
Federal ID No. 919001
apearce@boyarmiller.com
Craig Lauchner
State Bar No. 24102066
Federal ID No. 3016907
clauchner@boyarmiller.com
BOYARMILLER
2925 Richmond Ave. 14th Floor
Houston, Texas 77098
Telephone: (713) 850-7263
Facsimile: (713) 552-1758

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 2nd day of July, 2018, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                   */s/ Chris Hanslik*