United States District Court
Southern District of Texas
**ENTERED**
July 25, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALGETERNAL TECHNOLOGIES, LLC, *et al*, § § § § Plaintiffs, § VS. § DAVID RAMJOHN, *et al*, § § § Defendants. § | CIVIL ACTION NO. 4:17-CV-2667 |

O R D E R

Pending before the Court is Defendants' Motion for Attorney Fees **(Instrument No. 31)** and Defendants' Supplemental Motion for Attorney Fees **(Instrument No. 33)**. The Court hereby awards Defendants attorney fees in the amount of **$16,962.00**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the \_\_\_25th\_\_\_ day of July, 2018, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**